■ BARBARA M. SIMS, Appellant, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents.—Order unanimously affirmed without costs. (Appeal from order of Supreme Court, Erie County, Rossetti, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer and Lawton, JJ. (Order entered Aug. 26, 1988.)